SHIRLEY *et al. v.* STANDARD OIL COMPANY OF KENTUCKY.

PER CURIAM.   1. The petition alleged that the defendant had actual notice
of the general scheme of development of Rich's subdivision in the City
of Bainbridge and of the restrictions imposed on the lots in said sub-
division.   The allegation as to actual notice was an allegation of fact,
and not of a mere conclusion of the pleader.

2. The petition set forth a cause of action, as against a general demurrer.
*Judgment reversed.   All the Justices concur, except Russell, C. J., who
dissents, and Beck, P. J., absent for providential cause.*
No. 7635.   FEBRUARY 13, 1931.

*J. D. Bower Jr.,* for plaintiffs.    *R. G. Hartsfield,* for defendant.